Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
Kirsten McCaw Grossman
kgrossman@nfclegal.com
*Pro hac vice forthcoming*
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

*Attorneys for Plaintiff*
AMERIS BANK

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK BYRNE, an Individual,<br><br>Defendant. | Case No. 8:26-cv-00393<br><br>**PLAINTIFF AMERIS BANK'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: February 20, 2026 |

Pursuant to Rule 7.1 of the Local Civil Rules for the United States District Court for the Central District of California, and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiff Ameris Bank ("Plaintiff") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case:

/ / /

/ / /

---

Plaintiff Ameris Bank ("Plaintiff") is a wholly owned subsidiary of Ameris Bancorp., a publicly traded company listed on the New York Stock Exchange ("NYSE").

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: February 20, 2026         **NUKK-FREEMAN & CERRA, P.C.**

*s/Stacy L. Fode*
Stacy L. Fode, Esq.
Nana J. Yee, Esq.
Attorneys for Plaintiff
AMERIS BANK