Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Nana J. Yee, Esq. (SBN 272783)
nyee@nfclegal.com
Kirsten McCaw Grossman
kgrossman@nfclegal.com
*Pro hac vice forthcoming*
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile:  619.566.4741

*Attorneys for Plaintiff*
AMERIS BANK

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation, | Case No. 8:26-cv-00393 |
| Plaintiff, | **PLAINTIFF AMERIS BANK'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |
| vs. | |
| PATRICK BYRNE, an Individual, | Complaint Filed: February 20, 2026 |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

Pursuant to Local Rule 83-1.4 of the United States District Court for the Central District of California, the undersigned counsel for Plaintiff AMERIS BANK ("Ameris" or "Plaintiff") hereby certifies that Ameris's Complaint, which is being filed together with this Notice of Pendency of Other Actions or Proceedings, may involve a material part of the subject matter of the following pending legal actions:

/ / /

1    1. *Patrick Byrne v. Ameris Bank*

| | |
|---|---|
| Case Number | Case No. 8:24-cv-01989 |
| Jurisdiction | U.S. District Court for the Central District of California (Judge Michelle Williams Court, presiding) |
| Parties | Patrick Byrne (Plaintiff); Ameris Bank (Defendant) |
| Plaintiff's Counsel | **Matthew Thomas Sessions**<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>2010 Main Street, 8th Floor<br>Irvine, CA 92614-7214,<br>949-851-5582<br><br>**Stacey Ann Villagomez**<br>Allen Matkins Leck Gamble Mallory and Natsis LLP<br>865 South Figueroa Street Suite 2800<br>Los Angeles, CA 90017<br>213-622-5555 |
| Defendant's Counsel | **Stacy L Fode** and **Nana Jin Yee**<br>Nukk-Freeman and Cerra, P.C.<br>550 West C Street, Suite 910<br>San Diego, CA 92101<br>619-292-0515<br><br>**Kirsten McCaw Grossman** and **Zachary Brower**<br>Nukk-Freeman and Cerra, P.C.<br>26 Main Street, Suite 202<br>Chatham, NJ 07928<br>973-665-9100 |
| Nature of Action | Employment – Retaliation, wrongful termination, and violations of the Cal. Labor Code and Business & Professional Code. |
| Relationship to Current Action | In the current action, Ameris Bank ("Ameris") asserts misappropriation, breach of contract, conversion and related claims under Cal. Penal Code § 502 arising from Patrick Byrne's ("Byrne") alleged misappropriation and theft of Ameris's property, trade secrets, and confidential data during his employment. In this pending action filed on September 16, 2024, Byrne asserts retaliation, wrongful termination and related claims arising from his termination from employment at Ameris. While both cases involve the same parties and stem from Byrne's employment relationship with Ameris, they do not arise from the |

| | same or a closely related transaction or event, do not call for determination of the same, substantially related, or similar questions of law and fact, and would not entail substantial duplication of labor if heard by different judges. |

2. *Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021 v. Ameris Bank*

| Case Number | Case No.: 1:25-cv-01557 |
|---|---|
| Jurisdiction | U.S. District Court for the District of Delaware (Judge Jennifer L. Hall, presiding) |
| Parties | Patrick Byrne (Plaintiff); The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001 (Plaintiff); The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021 (Plaintiff); Ameris Bank (Defendant) |
| Plaintiffs' Counsel | **Benjamin P. Chapple**<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>302-778-7516<br><br>**John T. Miraglia**<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>302-778-7586 |
| Defendant's Counsel | **Elizabeth Wilburn Joyce, Megan Ix Brison, and Lauren A. Black**<br>Smith, Katzenstein & Jenkins LLP<br>1000 N. West Street, Suite 1501<br>Wilmington, DE 19801<br>302-504-1646 |
| Nature of Action | Breach of Contract/Fraud - Claims arising from Stock Purchase Agreement between Byrne, his trusts and Ameris. |
| Relationship to Current Action | In the current action, Ameris Banks asserts misappropriation, breach of contract, conversion and related claims under Cal. Penal Code § 502 arising from Byrne's alleged misappropriation and theft of Ameris's property, trade secrets, and confidential data |

during his employment. In this pending action filed on December 23, 2025, Byrne and his trusts assert fraudulent inducement, rescission, breach of contract and related claims arising from a Stock Purchase Agreement and Byrne's subsequent employment at Ameris in connection with a Long-Term Cash Incentive Plan. Both cases involve the same parties and relate to Byrne's employment relationship with Ameris, though they arise from different facts and raise different legal issues.

3. *Ameris Bank v. Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021*

| | |
|---|---|
| Case Number | Case No. 1:26-cv-00190 |
| Jurisdiction | U.S. District Court for the District of Delaware |
| Parties | Ameris Bank (Plaintiff); Patrick Byrne (Defendant); The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001 (Defendant); The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021 (Defendant); |
| Plaintiff's Counsel | **Elizabeth Wilburn Joyce and Megan Ix Brison** Smith, Katzenstein & Jenkins LLP 1000 N. West Street, Suite 1501 Wilmington, DE 19801 302-504-1646 |
| Defendants' Counsel | **Benjamin P. Chapple** Reed Smith LLP 1201 Market Street, Suite 1500 Wilmington, DE 19801 302-778-7516  **John T. Miraglia** Reed Smith LLP 1201 Market Street, Suite 1500 Wilmington, DE 19801 302-778-7586 |
| Nature of Action | Breach of Contract/Indemnification – Claims arising from Stock Purchase Agreement between Byrne, his trusts and Ameris |
| Relationship to Current | In the current action, Ameris Banks asserts misappropriation, breach of contract, conversion and related claims under Cal. Penal |

| | |
|---|---|
| Action | Code § 502 arising from Patrick Byrne's ("Byrne") alleged misappropriation and theft of Ameris's property, trade secrets, and confidential data. In this pending action, originally filed in Delaware Superior Court on May 7, 2025, and later withdrawn and refiled in the District of Delaware on February 20, 2026, Ameris asserts breach of contract and indemnification claims arising from the alleged failure of Byrne and his trusts to comply with their litigation-related indemnification obligations under a Stock Purchase Agreement. Both cases involve the same parties though they arise from different facts and raise different legal issues. |

Ameris provides this Notice in compliance with Local Rule 83-1.4. Ameris does not at this time contend that this matter is related to the above-referenced actions within the meaning of Local Rule 83-1.3, but provides this disclosure for the Court's awareness pursuant to Local Rule 83-1.4.

DATED: February 20, 2026        **NUKK-FREEMAN & CERRA, P.C.**

 

 

*s/Stacy L. Fode*
Stacy L. Fode, Esq.
Attorneys for Plaintiff
AMERIS BANK