1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIS BANK, a Georgia corporation, | Case No. 8:26-cv-00393 |
| Plaintiff, | |
| vs. | **ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF AMERIS BANK'S COMPLAINT** |
| PATRICK BYRNE, an Individual, | |
| Defendant. | |

Plaintiff Ameris Bank's ("Plaintiff") Application for Leave to File Under Seal Portions of its Complaint ("Sealing Application") was filed before this Court. After full consideration of the evidence, and all written and oral arguments and evidence submitted on Sealing Application, and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Sealing Application is **GRANTED**.
2. The following portions of Plaintiff's Complaint, as highlighted and described in the Declaration of Stacy L. Fode filed in support of Plaintiff's Sealing Application, may be filed under seal:

| Complaint Paragraph | Text | Basis for Sealing |
|---|---|---|
| 66 | Text describing specific date, document name, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris customers, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 68 | Text describing the specific date, document name, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris employees, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 71 | Text describing the specific date, document type, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding an Ameris customer, along with the specific types of | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper |

| Complaint Paragraph | Text | Basis for Sealing |
|---|---|---|
|  | personal information transmitted. | disclosure. |
| 72 | Text describing the specific date, document name, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris employees, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 73 | Text describing the specific date, document type and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris employees, along with the specific types of personal information transmitted | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |

**IT IS SO ORDERED.**

Dated: March 2, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE