Stacy L. Fode, Esq.

NUKK-FREEMAN & CERRA, P.C.

633 West Fifth Street, 26th & 28th Floors

Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>PATRICK BYRNE, an Individual,<br><br>Defendant(s). | CASE NUMBER<br><br>8:26-cv-00393<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Brower, Zachary _____ of

*Applicant's Name (Last Name, First Name & Middle Initial)*

973-507-7661 _____ 973-995-9101 _____

*Telephone Number*      *Fax Number*

zbrower@nfclegal.com

*E-Mail Address*

NUKK-FREEMAN & CERRA, P.C.

26 Main Street, Suite 202

Chatham NJ 07928

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ameris Bank

_____

*Name(s) of Party(ies) Represented*

[X] *Plaintiff(s,* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Fode, Stacy L. _____ of

*Designee's Name (Last Name, First Name & Middle Initial)*

199883 _____ 213-737-6832 _____ 973-665-9101 _____

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

sfode@nfclegal.com

*E-Mail Address*

NUKK-FREEMAN & CERRA, P.C.

633 West Fifth Street, 26th & 28th Floors

Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

     ☐ for failure to complete Application: _____

     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____

**U.S. District Judge/U.S. Magistrate Judge**