Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C**.
633 West Fifth Street
26th & 28th Floors
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AMERIS BANK, a Georgia corporation, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:26-cv-00393 |
| v. | |
| PATRICK BYRNE, an Individual | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

McCaw Grossman, Kirsten    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

973-665-9100                973-665-9101

*Telephone Number*          *Fax Number*

kgrossman@nfclegal.com

*E-Mail Address*

**NUKK-FREEMAN & CERRA, P.C.**
26 Main Street, Suite 202
Chatham NJ 07928

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ameris Bank

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Fode, Stacy L.    of

*Designee's Name (Last Name, First Name & Middle Initial)*

199883        213-737-6832        973-665-9101

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

sfode@nfclegal.com

*E-Mail Address*

**NUKK-FREEMAN & CERRA, P.C**.
633 West Fifth Street
26th & 28th Floors
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED

☐DENIED:    ☐    for failure to pay the required fee.

☐    for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐    for failure to complete Application:

☐    pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐    pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐    because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:**

**U.S. District Judge/U.S. Magistrate Judge**