ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
CATRIONA M. LAVERY (BAR NO. 310546)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail: msessions@allenmatkins.com
         clavery@allenmatkins.com
         svillagomez@allenmatkins.com

Attorneys for Defendant
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>PATRICK BYRNE, an individual,<br><br>           Defendant. | Case No. 8:26-cv-00393-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Judge Michelle Williams Court<br><br>**DECLARATION OF MATTHEW T. SESSIONS IN SUPPORT OF DEFENDANT PATRICK BYRNE'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:     July 10, 2026<br>Time:    1:30 p.m.<br>Dept:    6-A |

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4926-2215-9032

CASE NO. 8:26-CV-00393-MWC-JDE
DECLARATION OF M. SESSIONS ISO
REPLY ISO MOTION TO DISMISS

## DECLARATION OF MATTHEW T. SESSIONS

I, Matthew T. Sessions, declare as follows:

1.      I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Defendant Patrick Byrne in the above-captioned action.  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am making this declaration in support of Defendant Patrick Byrne's Reply in Support of Motion to Dismiss Plaintiff's Complaint.

2.      From June 2 to June 12, 2026 the Court held a seven-day jury trial in *Patrick Byrne v. Ameris Bank*, No. 8:24-cv-01989-MWC (C.D. Cal.) ("Main Action"). True and correct, highlighted excerpts from the June 3, 2026 (Day 2) trial transcript in the Main Action are attached to Mr. Bryne's concurrently filed Request for Judicial Notice as **Exhibit A**.

3.      A true and correct copy of the Redacted Jury Verdict Form (Phase One) in the Main Action, docket number 227, is attached to Mr. Bryne's concurrently filed Request for Judicial Notice as **Exhibit B**.

4.      A true and correct copy of the Redacted Jury Verdict Form (Phase Two) in the Main Action, docket number 237, is attached to Mr. Bryne's concurrently filed Request for Judicial Notice as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 26, 2026, at Irvine, California.

*/s/ Matthew T. Sessions*
Matthew T. Sessions