ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
CATRIONA M. LAVERY (BAR NO. 310546)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail: msessions@allenmatkins.com
          clavery@allenmatkins.com
          svillagomez@allenmatkins.com

Attorneys for Defendant
PATRICK BYRNE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>PATRICK BYRNE, an individual,<br><br>                    Defendant. | Case No. 8:26-cv-00393-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Judge Michelle Williams Court<br><br>**REQUEST FOR JUDICIAL NOTICE  IN SUPPORT OF DEFENDANT PATRICK BYRNE'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:      July 10, 2026<br>Time:      1:30 p.m.<br>Dept:      6-A |

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4934-7969-7848

Pursuant to Federal Rules of Evidence, Rule 201, Defendant Patrick Byrne, hereby requests that this Court take judicial notice of the exhibits listed herein in support of Mr. Byrne's Reply in Support of the Motion to Dismiss Plaintiff Ameris Bank's ("Ameris") Complaint:

1. True and correct excerpts from the June 3, 2026 (Day 2) trial transcript in *Patrick Byrne v. Ameris Bank*, No. 8:24-cv-01989-MWC (C.D. Cal.) ("Main Action"), docket number 198, attached hereto as **Exhibit A**.

2. The Redacted Jury Verdict Form (Phase One) in the Main Action, docket number 227. A true and correct copy of this document is attached hereto as **Exhibit B.**

3. The Redacted Jury Verdict Form (Phase Two) in the Main Action, docket number 237. A true and correct copy of this document is attached hereto as **Exhibit C**.

A court may take judicial notice of any adjudicative fact "not subject to reasonable dispute" where such fact "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." *Id*. at 201(c)(2).

The grounds for taking judicial notice of the documents attached hereto as **Exhibits A** through **C** (including any judicially noticeable facts therein) are that these documents are true and correct copies of the publicly available documents on file in a proceeding before the United States District Court for the Central District of California, Southern Division, which are matters of public record bearing a relation to the matters at issue in the Reply. *See Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts" (citations omitted)); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4934-7969-7848

- 2 -

CASE NO. 8:26-CV-00393-MWC-JDE
REQUEST FOR JUDICIAL NOTICE ISO
REPLY ISO MOTION TO DISMISS

244, 248 (9th Cir. 1992) ("[W]e may take [judicial] notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue" (internal quotation marks omitted)).

For the foregoing reasons, Mr. Byrne respectfully requests that the Court take judicial notice of the document attached as **Exhibits A** through **C**.

Dated:  June 26, 2026                    Respectfully submitted,

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MATTHEW T. SESSIONS


By:_____/s/ Matthew T. Sessions_____
    MATTHEW T. SESSIONS
    Attorneys for Plaintiff
    PATRICK BYRNE

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4934-7969-7848

- 3 -

CASE NO. 8:26-CV-00393-MWC-JDE
REQUEST FOR JUDICIAL NOTICE ISO
REPLY ISO MOTION TO DISMISS