# Exhibit   C

**FILED**
CLERK, U.S. DISTRICT COURT

06/12/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ tj _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PATRICK BYRNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIS BANK, a Georgia corporation,<br><br>Defendant. | Case No. 8:24-cv-01989-MWC (JDEx)<br><br><br>**VERDICT FORM**<br>**(PHASE TWO OF TRIAL)**<br><br><span style="color:orange">Redacted</span><br><br>Judge: Hon. Michelle Williams Court<br>Dept.: Courtroom 6A |

**Exhibit C**

**We, the jury, return this unanimous answer as our verdict in this case:**

1.      What amount of punitive damages, if any, do you award Plaintiff Patrick Byrne from Defendant Ameris Bank?

$ _62,906,613_____

_____                    _JUNE 12, 2026_
        Presiding Juror                                    Date

After this verdict form has been signed, advise the clerk that you are ready to return to the courtroom.

**Exhibit C**