**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIS BANK, a Georgia corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK BYRNE, an Individual, <br><br> Defendant. | Case No. 8:26-cv-00393-MWC (JDEx) <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF AMERIS BANK'S COMPLAINT** |

Plaintiff Ameris Bank's ("Plaintiff") Application for Leave to File Under Seal Portions of its Amended Complaint ("Sealing Application") was filed before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on Sealing Application, and the issues having been duly heard and a decision having been duly rendered:

IT IS HEREBY ORDERED:

1. The Court finds that there are compelling reasons to seal the material at issue; and

2. The Court GRANTS the Sealing Application and ORDERS the following materials be filed under seal:

   a. The following portions of Plaintiff's Amended Complaint as highlighted and described in the Declaration of Kirsten M. Grossman filed in support of Plaintiff's Sealing Application:

| Amended Complaint Paragraph | Text | Basis for Sealing |
|---|---|---|
| 73 | Text describing the specific date, document name, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris customers, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 75 | Text describing the specific date, document name, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris employees, along | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a |

| | | |
|---|---|---|
| | with the specific types of personal information transmitted. | substantial amount of confidential personal information at risk of improper disclosure. |
| 83 | Text describing the specific date, document type, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding an Ameris customer, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 84 | Text describing the specific date, document name, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris employees, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 85 | Text describing the specific date, document type and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris employees, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |

**IT IS SO ORDERED.**


DATED:                          _____
                                Honorable Michelle Williams Court
                                United States District Judge