Kirsten McCaw Grossman, Esq.
kgrossman@nfclegal.com
*Admitted Pro hac vice*
Moira Heiges-Goepfert, Esq. (SBN 326861)
mgoepfert@nfclegal.com
Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile:  619.566.4741

*Attorneys for Plaintiff*
AMERIS BANK

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation, | Case No. 8:26-cv-00393-MWC (JDEx) |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| PATRICK BYRNE, an Individual, | |
| Defendant. | Complaint Filed: February 20, 2026 |

---

*Ameris Bank v. Patrick Byrne*        Case No. 8:26-cv-00393-MWC (JDEx)
PROOF OF SERVICE        Page 1

## PROOF OF SERVICE

I am employed in the County of Morris, State of New Jersey.  I am over the age of 18 and not a party to the within action; my business address is 26 Main Street, Suite 202, Chatham, New Jersey  07928

On July 30, 2026, I served the foregoing documents described as:

- Plaintiff Ameris Banks' Application to Seal Portion of Amended Complaint
- Redacted copy of the Amended Complaint
- Proposed Order
- Sealed Declaration of K. Grossman in support of the Application
- Unredacted Version of the Amended Complaint
- Copy of Notice of Electronic Filing of the Sealed Declaration

on the interested parties in this action as set forth below in the following manner.

Matthew Sessions, Esq.
msessions@allenmatkins.com
Stacey Villagomez, Esq.
svillagomez@allenmatkins.com
Catriona Lavery, Esq.
clavery@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Tel: (949) 553-1313

*Attorneys for Defendant Patrick Byrne*

☒    **BY    ELECTRONIC MAIL.** A copy of said document(s) was delivered by electronic mail to the address(s) pursuant to Fed. R. Civ. P. 5(b)(2)

☒    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

---

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on July 30, 2026 at Chatham, New Jersey.

_/s/ Elizabeth Sloan_
Elizabeth Sloan
esloan@nfclegal.com

---

PROOF OF SERVICE