UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, *a Georgia corporation*,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK BYRNE, *an individual*,<br><br>Defendant. | No. 8:26-cv-00393-MWC (JDEx)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF AMERIS BANK'S COMPLAINT (DKT. [37])** |

Before the Court is Plaintiff's Application for Leave to File Under Seal ("Application") (Dkt. # 37), requesting to seal the pleadings and papers on file.  The Court applies the compelling reasons standard to an application to seal a complaint.  *See Kurin, Inc. v. ICU Med., Inc.*, No. 8:24-cv-00564-FWS-ADS, 2024 WL 5423824, at *2 (C.D. Cal. Dec. 10, 2024).   Upon a thorough review of Plaintiff's Application, the Court finds compelling reasons exist to grant the application.  Accordingly, the Court **GRANTS** the Application and **ORDERS** that Plaintiff may file under seal the following portions of Plaintiff's Amended Complaint as highlighted and described in the Declaration of Kirsten M. Grossman filed in support of Plaintiff's Sealing Application:

| Amended Complaint Paragraph | Text | Basis for Sealing |
| --- | --- | --- |
| 73 | Text describing the specific date, document name, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris customers, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 75 | Text describing the specific date, document name, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris employees, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 83 | Text describing the specific date, document type, and means by which | The redacted portions of text describe specific information |

| | | |
|---|---|---|
| | Byrne transmitted to himself PII and other highly sensitive information regarding an Ameris customer, along with the specific types of personal information transmitted. | that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 84 | Text describing the specific date, document name, and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris employees, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |
| 85 | Text describing the specific date, document type and means by which Byrne transmitted to himself PII and other highly sensitive information regarding Ameris employees, along with the specific types of personal information transmitted. | The redacted portions of text describe specific information that could be used to facilitate hacking or other types of security breaches, putting a substantial amount of confidential personal information at risk of improper disclosure. |

**IT IS SO ORDERED.**

Dated: August 5, 2026

_____

Hon. Michelle Williams Court
United States District Judge

3