**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIS BANK, a Georgia corporation, | Case No. 8:26-cv-00393-MWC (JDEx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF AMERIS BANK'S TRADE SECRET IDENTIFICATION STATEMENT** |
| vs. | |
| PATRICK BYRNE, an Individual, | |
| Defendant. | |

Plaintiff Ameris Bank's ("Plaintiff") Application for Leave to File Under Seal the Trade Secret Identification Statement ("Sealing Application") was filed before this Court, the Honorable Michelle Williams Court, United States District Judge, presiding.

After full consideration of the evidence, and all written and oral arguments and evidence submitted on Sealing Application, and the issues having been duly heard and a decision having been duly rendered:

IT IS HEREBY ORDERED:

1. The Court finds that there are compelling reasons to seal the material at issue; and

2. The Court GRANTS the Sealing Application and ORDERS the following materials be filed under seal:

   a. Ameris Bank's Trade Secret Identification Statement.

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable Michelle Williams Court
United States District Judge

Page 2