ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
CATRIONA M. LAVERY (BAR NO. 310546)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
        clavery@allenmatkins.com
        svillagomez@allenmatkins.com

Attorneys for Defendant
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>PATRICK BYRNE, an individual,<br><br>          Defendant. | Case No. 8:26-cv-00393-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Judge Michelle Williams Court<br><br>**DEFENDANT PATRICK BYRNE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:     Sept. 11, 2026<br>Time:    1:30 p.m.<br>Ctrm:   6A |

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4906-3477-5751

CASE NO. 8:26-CV-00393-MWC-JDE
DEFENDANT'S NOTICE OF MOTION AND
MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on September 11, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6A of the Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st St, Los Angeles, CA 90012, Defendant Patrick Byrne ("Defendant") will and hereby does move the Court to Dismiss Plaintiff Ameris Bank's ("Plaintiff") First Amended Complaint ("FAC") under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Catriona M. Lavery filed concurrently herewith, all exhibits thereto, the pleadings and papers on file in this action, and upon such other matters as may be properly presented to the Court.

This Motion is made following a conference of counsel pursuant to L.R. 7-3 as described in the accompanying Declaration of Catriona M. Lavery.

Dated: August 13, 2026

Respectfully submitted,

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW T. SESSIONS


By: */s/ Matthew T. Sessions*
MATTHEW T. SESSIONS
Attorneys for Defendant
PATRICK BYRNE

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4906-3477-5751

- 2 -

CASE NO. 8:26-CV-00393-MWC-JDE
DEFENDANT'S NOTICE OF MOTION AND
MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT