ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
CATRIONA M. LAVERY (BAR NO. 310546)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  msessions@allenmatkins.com
         clavery@allenmatkins.com
         svillagomez@allenmatkins.com

Attorneys for Defendant
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>PATRICK BYRNE, an individual,<br><br>                    Defendant. | Case No. 8:26-cv-00393-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Judge Michelle Williams Court<br><br>**DECLARATION OF CATRIONA M. LAVERY IN SUPPORT OF DEFENDANT PATRICK BYRNE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:    Sept. 11, 2026<br>Time:    1:30 p.m.<br>Dept:    6A |

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4902-4175-3543

CASE NO. 8:26-CV-00393-MWC-JDE
DECL. OF C. LAVERY IN SUPPORT
OF DEFENDANT'S MOTION TO
DISMISS THE FIRST AMENDED
COMPLAINT

## <u>DECLARATION OF CATRIONA M. LAVERY</u>

I, Catriona M. Lavery, declare as follows:

1.    I am an attorney authorized to practice in the United States District Court, Central District of California.  I am senior counsel with the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, attorneys of record for Defendant Patrick Byrne ("Byrne") in the above-captioned matter.  The following facts are within my own personal knowledge and, if called upon to do so, I could and would testify thereto personally under oath.

2.    This declaration is made in support of Byrne's Motion to Dismiss Plaintiff Ameris Bank's ("Ameris") First Amended Complaint ("FAC") with prejudice under the Federal Rules of Civil Procedure 12(b)(6).

3.    On August 5, 2026, my colleague, Stacey Villagomez, emailed Ameris's counsel to alert them that Byrne planned to move to dismiss Ameris's FAC and request a meet-and-confer conference to discuss.

4.    On August 6, 2026, my colleagues Stacey Villagomez, Madison Larsen, and myself, with Ameris's counsel, Kirsten Grossman and Moira Heiges-Goepfert, conducted a Local Rule 7-3 meet-and-confer via video conference to discuss Byrne's forthcoming Motion to Dismiss.  The parties were unable to come to a resolution.

5.    On August 12, 2026, I emailed Ameris's counsel to update them on the additional issues Defendant plans to raise in its Motion to Dismiss Ameris's FAC, and offered to further meet-and-confer.

6.    A true and correct copy of email correspondence with counsel for Ameris, dated August 5, 2026, through August 12, 2026, regarding Byrne's partial motion to dismiss the FAC is attached hereto as **Exhibit A**.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4902-4175-3543.1

- 2 -

CASE NO. 8:26-CV-00393-MWC-JDE
DECL. OF C. LAVERY IN SUPPORT
OF DEFENDANT'S MOTION TO
DISMISS THE FIRST AMENDED
COMPLAINT

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 13th day of August, 2026, at Irvine, California.

_____
Catriona M. Lavery

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

4902-4175-3543.1

CASE NO. 8:26-cv-00393-MWC-JDE
DECL. OF C. LAVERY IN SUPPORT
OF DEFENDANT'S MOTION TO
DISMISS THE FIRST AMENDED
COMPLAINT