# Exhibit A

| | |
|---|---|
| **From:** | Lavery, Catriona <clavery@allenmatkins.com> |
| **Sent:** | Wednesday, August 12, 2026 2:32 PM |
| **To:** | mgoepfert@nfclegal.com; Larsen, Madison; Villagomez, Stacey; Zachary Brower; Stacy Fode; Elizabeth Sloan; Brenda Widman; Amy Griffith |
| **Cc:** | Sessions, Matthew; Kirsten Grossman |
| **Subject:** | RE: L.R. 7-3 Meet and Confer Regarding Byrne's Anticipated Partial Motion to Dismiss |

Hi Moira,

Defendant cannot take a position on the sealing of materials in connection with the TSIS at this time as we haven't seen them yet.  We'll review the materials when they're filed/served.

On the Motion to Dismiss, Defendant intends to raise two issues in addition to those in our initial email below: (1) the FAC fails to adequately allege improper acquisition of the alleged trade secrets, and (2) the FAC fails to state a claim under California Penal Code section 502.  If you would like to further meet and confer on these issues, please let us know your availability.

Thanks,
Catriona

**Catriona "Catrina" Lavery**
Senior Counsel, Litigation
Allen Matkins Leck Gamble Mallory & Natsis LLP
2010 Main Street, Suite 800, Irvine, CA 92614
(949) 553-1313 (main) | (949) 851-5493 (direct)

## Allen Matkins

---

**From:** Moira Heiges-Goepfert <mgoepfert@nfclegal.com>
**Sent:** Thursday, August 6, 2026 12:55 PM
**To:** Larsen, Madison <mlarsen@allenmatkins.com>; Villagomez, Stacey <svillagomez@allenmatkins.com>; Zachary Brower <zbrower@nfclegal.com>; Stacy Fode <SFode@nfclegal.com>; Elizabeth Sloan <ESloan@nfclegal.com>; Brenda Widman <BWidman@nfclegal.com>; Amy Griffith <agriffith@nfclegal.com>
**Cc:** Sessions, Matthew <msessions@allenmatkins.com>; Lavery, Catriona <clavery@allenmatkins.com>; Kirsten Grossman <kgrossman@nfclegal.com>
**Subject:** RE: L.R. 7-3 Meet and Confer Regarding Byrne's Anticipated Partial Motion to Dismiss

CAUTION: External Email

Hi Madison, Stacey and Catriona,

Following up on today's meet and confer, we also wanted to raise that, in connection with the filing of Ameris's Trade Secret Information Statement (TSIS), Ameris will also be filing an accompanying sealing application.  As you know, the TSIS is not a dispositive pleading and good cause exists for sealing given that it will include confidential, private, proprietary and trade secret information, the disclosure of which could harm and impinge on the privacy rights of Ameris and other entities and individuals.

1

Please let us know whether Defendant consents to or opposes Ameris's proposed sealing of this information.

Best,
Moira

**Moira Heiges-Goepfert, Esq.** | Counsel

---

550 West C Street | Suite 910 | San Diego | CA | 92101
Direct 619.762.6190 | Fax 619.566.4741
**mgoepfert@nfclegal.com** | **nfclegal.com**
Bar admissions: CA, NY



**Employment Law Solutions That Work.**

**WBENC Certified and
a Proud Member of NAMWOLF**

This e-mail message is intended solely for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you are hereby notified that you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Kirsten Grossman <kgrossman@nfclegal.com>
**Sent:** Thursday, August 6, 2026 6:34 AM
**To:** Larsen, Madison <mlarsen@allenmatkins.com>; Moira Heiges-Goepfert <mgoepfert@nfclegal.com>; Villagomez, Stacey <svillagomez@allenmatkins.com>; Zachary Brower <zbrower@nfclegal.com>; Stacy Fode <SFode@nfclegal.com>; Nana Yee <nyee@nfclegal.com>; Elizabeth Sloan <ESloan@nfclegal.com>; Brenda Widman <BWidman@nfclegal.com>; Amy Griffith <agriffith@nfclegal.com>
**Cc:** Sessions, Matthew <msessions@allenmatkins.com>; Lavery, Catriona <clavery@allenmatkins.com>
**Subject:** RE: L.R. 7-3 Meet and Confer Regarding Byrne's Anticipated Partial Motion to Dismiss

That works.  Thanks, Madison. Kirsten G.

**Kirsten Grossman, Esq.** | Partner

Chatham Executive Center | 26 Main Street | Suite 202 | Chatham | NJ | 07928
Office 973.665.9100 | Direct 973.507.7626 | Fax 973.665.9101
kgrossman@nfclegal.com | nfclegal.com
Bar admissions: NJ, NY



Employment Law Solutions That Work.

WBENC Certified and
a Proud Member of NAMWOLF

This message is intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and/or exempt by law from disclosure. If you are not the intended recipient, you are hereby notified that any further dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete all copies. Thank you.

**From:** Larsen, Madison <mlarsen@allenmatkins.com>
**Sent:** Wednesday, August 5, 2026 11:30 PM
**To:** Moira Heiges-Goepfert <mgoepfert@nfclegal.com>; Villagomez, Stacey <svillagomez@allenmatkins.com>; Kirsten Grossman <kgrossman@nfclegal.com>; Zachary Brower <zbrower@nfclegal.com>; Stacy Fode <SFode@nfclegal.com>; Nana Yee <nyee@nfclegal.com>; Elizabeth Sloan <ESloan@nfclegal.com>; Brenda Widman <BWidman@nfclegal.com>; Amy Griffith <agriffith@nfclegal.com>
**Cc:** Sessions, Matthew <msessions@allenmatkins.com>; Lavery, Catriona <clavery@allenmatkins.com>
**Subject:** RE: L.R. 7-3 Meet and Confer Regarding Byrne's Anticipated Partial Motion to Dismiss

Hi Moira,

My team can meet at 11 am PT. Please let us know if that works for you. In the meantime, I will update the Zoom.

Thank you,

Madison

**Madison Larsen** | Associate | Allen Matkins
mlarsen@allenmatkins.com | Direct (949) 851-5460 | Main 949-553-1313

3

**From:** Moira Heiges-Goepfert <mgoepfert@nfclegal.com>
**Sent:** Wednesday, August 5, 2026 2:37 PM
**To:** Larsen, Madison <mlarsen@allenmatkins.com>; Villagomez, Stacey <svillagomez@allenmatkins.com>; Kirsten Grossman <kgrossman@nfclegal.com>; Zachary Brower <zbrower@nfclegal.com>; Stacy Fode <SFode@nfclegal.com>; Nana Yee <nyee@nfclegal.com>; Elizabeth Sloan <ESloan@nfclegal.com>; Brenda Widman <BWidman@nfclegal.com>; Amy Griffith <agriffith@nfclegal.com>
**Cc:** Sessions, Matthew <msessions@allenmatkins.com>; Lavery, Catriona <clavery@allenmatkins.com>
**Subject:** Re: L.R. 7-3 Meet and Confer Regarding Byrne's Anticipated Partial Motion to Dismiss

> CAUTION: External Email

Apologies I forgot to mention again that we have team members based on the East Coast and 3 pm is after hours for them. Can you meet by/before 2 pm PT (5 pm ET)?

Get Outlook for iOS

**Moira Heiges-Goepfert, Esq.** | Counsel

550 West C Street | Suite 910 | San Diego | CA | 92101
Direct 619.762.6190 | Fax 619.566.4741
**mgoepfert@nfclegal.com** | **nfclegal.com**
Bar admissions: CA, NY



Employment Law Solutions That Work.

**WBENC Certified and
a Proud Member of NAMWOLF**

This e-mail message is intended solely for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you are hereby notified that you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

4

**From:** Larsen, Madison <mlarsen@allenmatkins.com>
**Sent:** Wednesday, 05 August 2026 14:30:54
**To:** Moira Heiges-Goepfert <mgoepfert@nfclegal.com>; Villagomez, Stacey <svillagomez@allenmatkins.com>; Kirsten Grossman <kgrossman@nfclegal.com>; Zachary Brower <zbrower@nfclegal.com>; Stacy Fode <SFode@nfclegal.com>; Nana Yee <nyee@nfclegal.com>; Elizabeth Sloan <ESloan@nfclegal.com>; Brenda Widman <BWidman@nfclegal.com>; Amy Griffith <agriffith@nfclegal.com>
**Cc:** Sessions, Matthew <msessions@allenmatkins.com>; Lavery, Catriona <clavery@allenmatkins.com>
**Subject:** RE: L.R. 7-3 Meet and Confer Regarding Byrne's Anticipated Partial Motion to Dismiss

Hi Moira,

Thank you for your email. Tomorrow at 3:00 pm PT works best for us. I will circulate a Zoom invite now.

Best,

Madison

**Madison Larsen** | Associate | Allen Matkins
mlarsen@allenmatkins.com | Direct (949) 851-5460 | Main 949-553-1313

**From:** Moira Heiges-Goepfert <mgoepfert@nfclegal.com>
**Sent:** Wednesday, August 5, 2026 1:40 PM
**To:** Villagomez, Stacey <svillagomez@allenmatkins.com>; Kirsten Grossman <kgrossman@nfclegal.com>; Zachary Brower <zbrower@nfclegal.com>; Stacy Fode <SFode@nfclegal.com>; Nana Yee <nyee@nfclegal.com>; Elizabeth Sloan <ESloan@nfclegal.com>; Brenda Widman <BWidman@nfclegal.com>; Amy Griffith <agriffith@nfclegal.com>
**Cc:** Sessions, Matthew <msessions@allenmatkins.com>; Lavery, Catriona <clavery@allenmatkins.com>; Larsen, Madison <mlarsen@allenmatkins.com>
**Subject:** RE: L.R. 7-3 Meet and Confer Regarding Byrne's Anticipated Partial Motion to Dismiss

> CAUTION: External Email

Hi Stacey,

We're available at 3 pm today or after 10 am PT tomorrow.  Please let us know what works for you.

Best,
Moira

**Moira Heiges-Goepfert, Esq.** | Counsel

550 West C Street | Suite 910 | San Diego | CA | 92101
Direct 619.762.6190| Fax 619.566.4741
**mgoepfert@nfclegal.com** | **nfclegal.com**
Bar admissions: CA, NY



**Employment Law Solutions That Work.**

**WBENC Certified and
a Proud Member of NAMWOLF**

This e-mail message is intended solely for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you are hereby notified that you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Villagomez, Stacey <svillagomez@allenmatkins.com>
**Sent:** Wednesday, August 5, 2026 12:29 PM
**To:** Kirsten Grossman <kgrossman@nfclegal.com>; Moira Heiges-Goepfert <mgoepfert@nfclegal.com>; Zachary Brower <zbrower@nfclegal.com>; Stacy Fode <SFode@nfclegal.com>; Nana Yee <nyee@nfclegal.com>; Elizabeth Sloan <ESloan@nfclegal.com>; Brenda Widman <BWidman@nfclegal.com>; Amy Griffith <agriffith@nfclegal.com>
**Cc:** Sessions, Matthew <msessions@allenmatkins.com>; Lavery, Catriona <clavery@allenmatkins.com>; Larsen, Madison <mlarsen@allenmatkins.com>
**Subject:** L.R. 7-3 Meet and Confer Regarding Byrne's Anticipated Partial Motion to Dismiss

Counsel:

Pursuant to Local Rule 7-3, Defendant Patrick Byrne requests to meet and confer regarding his anticipated partial motion to dismiss certain allegations of Plaintiff Ameris Bank's First Amended Complaint.

Specifically, Byrne intends to move to dismiss portions of Counts II and III (DTSA and CUTSA) on the following grounds:

1. **Litigation-Use Allegations.** Byrne intends to seek dismissal of the DTSA and CUTSA claims to the extent they are premised on Byrne's disclosure or use of documents in connection with his own litigation, including disclosures to counsel and litigation-related use, because those allegations are barred by the DTSA's whistleblower immunity provisions and California's litigation privilege.
2. **Emert and New-Business Allegations.** Byrne intends to move to dismiss the DTSA and CUTSA claims to the extent they are predicated on allegations concerning Mr. Emert or alleged use of information in connection with a new business venture. All such allegations are speculative and fail to satisfy the plausibility standard under Rule 8.
3. **Trade Secret Identification.** Finally, Byrne intends to seek dismissal of the DTSA and CUTSA claims on the ground that the First Amended Complaint does not identify the alleged trade secrets with sufficient particularity to satisfy applicable pleading standards.

Byrne does not intend to seek dismissal of the remaining claims asserted in the First Amended Complaint.

6

Please let us know your availability to meet and confer by telephone **today or by tomorrow's August 6, 2026 deadline**, so that we may discuss whether these issues can be narrowed or otherwise resolved without motion practice.

Thanks,
Stacey

**Stacey A. Villagomez** | Senior Counsel
Allen Matkins Leck Gamble Mallory & Natsis LLP
2010 Main Street, 8th Floor, Irvine, CA 92614-7214
Direct (213) 955-5637 | Main (949) 553-1313
svillagomez@allenmatkins.com | Bio

## Allen Matkins

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

*This email has been scanned by Inbound Shield.*

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this

communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.