UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMERIS BANK, a Georgia corporation,

              Plaintiff,

    v.

PATRICK BYRNE, an individual,

              Defendant.

Case No. 8:26-cv-00393-MWC-JDE

ASSIGNED FOR ALL PURPOSES TO: Judge Michelle Williams Court

**[PROPOSED] ORDER GRANTING DEFENDANT PATRICK BYRNE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Date:    Sept. 11, 2026
Time:   1:30 p.m.
Dept:   6A

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

4906-3477-5751

## [PROPOSED] ORDER

Defendant Patrick Byrne's Motion to Dismiss Plaintiff Ameris Bank's First Amended Complaint dated July 30, 2026, came on regularly for hearing before the Court on September 11, 2026, in Courtroom 6A of the above-entitled Court. Upon due consideration of the papers filed, the arguments of counsel, and all relevant matters before the Court, it is hereby ordered that:

The motion dismiss is **GRANTED** in its entirety as follows:

1.      Ameris Bank's causes of action for (2) trade secret misappropriation in violation of the Defend Trade Secrets Act, 18 U.S.C. § 1832 et seq., (3) Trade secret misappropriation in violation of California Civil Code §§ 3426 et seq., and (4) Violation of California Penal Code § 502 fail to allege sufficient facts to obtain any relief from the Court and are thus subject to dismissal under Rule 12(b)(6). These claims are dismissed in their entirety without leave to amend.

**IT IS SO ORDERED.**

Dated: _____          _____

                                          Michelle Williams Court
                                          United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4906-3477-5751.1                          - 2 -