UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

AMERIS BANK, *a Georgia corporation*,

Plaintiff,

v.

PATRICK BYRNE, *an individual*,

Defendant.

No. 8:26-cv-00393-MWC (JDEx)

**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF AMERIS BANK'S TRADE SECRET IDENTIFICATION STATEMENT PURSUANT TO CIVIL CODE § 3426.5 (DKT. [42])**

Before the Court is Plaintiff's Application for Leave to File Under Seal Ameris Bank's Trade Secret Identification Statement ("Sealing Application") as provided by Civil Code § 3426.5. (Dkt. # 42). Plaintiff filed the Declaration of Kirsten McCaw Grossman ("McCaw Grossman Declaration") in support of the Sealing Application. Dkt. # 43 (*McCaw Grossman Decl.*). The Court applies the compelling reasons standard to an application to seal a Trade Secret Identification Statement. *See HKM Enters., Inc. v. Parsons Gov't Servs., Inc.*, No. 2:23-CV-10592-MEMF-PD, 2025 WL 3779031, at *1 (C.D. Cal. Sept. 9, 2025). Upon a thorough review of Plaintiff's Sealing Application, the Court finds compelling reasons exist to grant the application. Accordingly, the Court **GRANTS** the Application and **ORDERS** that Plaintiff may file under seal the portions of Plaintiff's Trade Secret Identification Statement as specified and described in McCaw Grossman Declaration filed in support of Plaintiff's Sealing Application. *See McCaw Grossman Decl.* ¶ 11.

**IT IS SO ORDERED.**

Dated: August 14, 2026

Hon. Michelle Williams Court
United States District Judge