Kirsten McCaw Grossman, Esq.
kgrossman@nfclegal.com
*Admitted Pro hac vice*
Moira Heiges-Goepfert, Esq. (SBN 326861)
mgoepfert@nfclegal.com
Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
550 West C Street, Suite 910
San Diego, California 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Attorneys for Plaintiff
AMERIS BANK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AMERIS BANK, a Georgia corporation,

Plaintiff,

vs.

PATRICK BYRNE, an individual ,

Defendant.

Case No. 8:26-cv-00393-MWC-JDE

**AI DECLARATION OF KIRSTEN MCCAW GROSSMAN FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Date: September 25, 2026
Time: 1:30pm
Courtroom: 6A
District Judge: Michelle Williams Court

I, Kirsten McCaw Grossman, declare as follows:

1. I am an attorney licensed to practice law in the State of New Jersey and in the above-entitled Court admitted *pro hac vice*. I am a partner at Nukk-Freeman & Cerra, P.C., attorneys of record for Plaintiff AMERIS BANK, a Georgia Corporation (hereinafter "Ameris" or "Plaintiff").

2. On September 9, 2026, the Court ordered that the parties submit AI Declarations for filings related to Defendant Patrick Byrne's Motion to Dismiss (Dkt. 45).

3. My colleagues and I used Westlaw's AI-based research tools to assist with legal research in connection with Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 49). We did not use any AI-based tools in the drafting of Plaintiff's Opposition Brief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of September, 2026, in Chatham, New Jersey.

By: *s/ Kirsten McCaw Grossman*

Kirsten McCaw Grossman, Esq.