ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
CATRIONA M. LAVERY (BAR NO. 310546)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
clavery@allenmatkins.com
svillagomez@allenmatkins.com

Attorneys for Defendant
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK BYRNE, an individual,<br><br>Defendant. | Case No.: 8:26-cv-00393-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO: Judge Michelle Williams Court<br><br>**DECLARATION OF MATTHEW T. SESSIONS CERTIFYING USE OR NON-USE OF ARTIFICIAL INTELLIGENCE IN DRAFTING DEFENDANT'S MOTION TO DISMISS**<br><br>Date: September 25, 2026<br>Time: 1:30 p.m.<br>Dept: 6A |

**DECLARATION OF MATTHEW T. SESSIONS**

I, Matthew T. Sessions, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and the Court's Civil Standing Order, as follows:

1. I am an attorney duly licensed to practice law in the State of California (State Bar No. 307098) and a partner at Allen Matkins Leck Gamble Mallory & Natsis LLP. I am one of the attorneys of record for Defendant Patrick Byrne in the above-captioned matter. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently to them.

2. On August 13, 2026, Defendant filed his Notice of Motion and Motion to Dismiss First Amended Complaint and supporting papers (the "Motion"). (Dkt. No. 45.)

3. On September 8, 2026, the Court ordered the parties to submit declarations attesting to the use or non-use of generative artificial intelligence ("AI") in drafting the Motion or Plaintiff's Opposition thereto. (Dkt. No. 50.)

4. My team, consisting of attorneys Stacey Villagomez, Catriona Lavery, and Madison Larsen, acting at my direction, used AI tools to assist in preparing portions of the Motion. Specifically, Westlaw's CoCounsel was used to conduct legal research and identify potentially relevant authorities. Harvey and CoCounsel were used to review the Motion for typographical errors, citation inconsistencies, and clarity. These tools were used in connection with the Motion's Legal Argument sections (Sections III through V of the Motion).

5. My team and I independently reviewed the relevant legal authorities and source materials and verified that any AI-generated content incorporated into the Motion was accurate and complied with our obligations under Federal Rule of Civil Procedure 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2026, at Irvine, California.

Matthew T. Sessions