ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MATTHEW T. SESSIONS (BAR NO. 307098)
CATRIONA M. LAVERY (BAR NO. 310546)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: msessions@allenmatkins.com
clavery@allenmatkins.com
svillagomez@allenmatkins.com

Attorneys for Defendant
PATRICK BYRNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK BYRNE, an individual,<br><br>Defendant. | Case No.: 8:26-cv-00393-MWC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO: Judge Michelle Williams Court<br><br>**DECLARATION OF MATTHEW T. SESSIONS CERTIFYING USE OR NON-USE OF ARTIFICIAL INTELLIGENCE IN DRAFTING DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: September 25, 2026<br>Time: 1:30 p.m.<br>Dept: 6A |

# DECLARATION OF MATTHEW T. SESSIONS

I, Matthew T. Sessions, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and the Court's Civil Standing Order, as follows:

1. I am an attorney duly licensed to practice law in the State of California (State Bar No. 307098) and a partner at Allen Matkins Leck Gamble Mallory & Natsis LLP. I am one of the attorneys of record for Defendant Patrick Byrne in the above-captioned matter. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration in connection with Defendant's September 11, 2026 Reply in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

3. My team, consisting of attorneys Stacey Villagomez, Catriona Lavery, Michael Gates, and Madison Larson, acting at my direction, used AI tools to assist in drafting the Reply. Specifically, Harvey and Westlaw's CoCounsel were used to conduct legal research, identify potentially relevant authorities, and review the reply for typographical errors, citation inconsistencies, and clarity. These tools were used in connection with all sections of the reply.

4. My team and I independently reviewed the relevant legal authorities and source materials and verified that any AI-generated content incorporated into the Reply was accurate and complied with our obligations under Federal Rule of Civil Procedure 11.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2026, at Irvine, California.

[signature]

Matthew T. Sessions